## IN THE MATTER OF HEBRA HASED VA EMET.

*Mandamus — society — rules of — where they do not declare election of an unqualified person to be void — Remedy — Quo warranto — officer de facto — Plenarty.*

APPEAL from an order denying an application for a mandamus to compel the president of the Hebra Hased Va Emet (Society of Mercy and Truth) to call a special meeting of the society so that a secretary of such society might be elected.

In January, 1876, at an election of officers, Isaac Hendricks was elected secretary.

By the by-laws of the society it is provided that "any member marrying contrary to our laws, or discontinuing his or her seat in the Synagogue 'Shearith Israel,' shall forfeit his or her membership." It was claimed that Mr. Hendricks, a few days before his election, ceased to be a seat-holder in that synagogue, and for that reason ceased to be a member of the society, and was therefore ineligible to the office. The president was called upon to convene a meeting of the society for the election of another secretary, which he declined to do.

The court at General Term say : "The writ of mandamus in this case was properly denied. * * * It is a case of plenarty and the only mode of proceeding is by *quo warranto*. (34 Eng. L. and E., 59 ; 7 Ad. & Ell., 215.) The charter does not, in terms, declare the election of an unqualified person to be void, and that is the test. (1 M. & S., 76 ; 2 Burr., 1016.) Hence, Mr. Hendricks fills the office *de facto*, until ousted by judgment at the suit of the people. (6 Cow., 23.) "

*Gratz Nathan*, for the appellant. *Adolph L. Sanger*, for the respondent.

Opinion by DAVIS, P. J. BRADY and DANIELS, JJ., concurred.

Order affirmed with costs and disbursements.